Russell W. Roten (SBN 170571)
Jeff D. Kahane (SBN 223329)
Betty Luu (SBN 305793)
Nathan Reinhardt (SBN 311623)
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 689-7400
Fax: (213) 689-7401
RWRoten@duanemorris.com
JKahane@duanemorris.com
BLuu@duanemorris.com
NReinhardt@duanemorris.com

Catalina J. Sugayan
Clinton E. Cameron (*pro hac vice*)
Yongli Yang (*pro hac vice*)
Clyde & Co US LLP
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
Facsimile: (312) 635-6950
Catalina.Sugayan@clydeco.us
Clinton.Cameron@clydeco.us
Yongli.Yang@clydeco.us

Attorneys for Appellants, *Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>        Debtor. | Case Nos.: 24-cv-00709-JSC<br>              24-cv-01850-JSC<br><br>Bankruptcy Case No.: 23-40523 WJL |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING SEVERALLY AND NOT JOINTLY TO SLIP NOS. CU 1001 AND K 66034 ISSUED TO THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, AND NOS. K 78138 AND CU 3061 ISSUED TO THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>        Appellant,<br><br>   v.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>        Appellee. | **STIPULATION TO DISMISS APPEAL**<br><br>JUDGE: Hon. Jacqueline S. Corley |

Pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 8023, Appellants Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 60034 issued to the Roman Catholic Bishop of San Francisco, and Nos. K 78318 and CU 3061 issued to the Roman Catholic Bishop of Oakland (collectively "Appellants" or "Underwriters") and Appellees The Official Committee of Unsecured Creditors ("Appellee" or "Committee") (collectively with Appellants "Parties"), by and through their respective counsel of record, hereby stipulate and agree ("Stipulation") as follows:

## RECITALS

1.      On May 8, 2023, The Roman Catholic Bishop of Oakland ("Debtor") filed a voluntary chapter 11 petition for relief ("Bankruptcy Case") under Title 11 of the United States Code in the United States Bankruptcy Court, Northern District of California ("Bankruptcy Court").[1]

2.      On October 5, 2023, the Committee filed an *Ex Parte Application for Federal Rule of Bankruptcy Procedure 2004 Examination of Insurers* ("2004 Application").[2]   The 2004 Application sought, among other things, production of reserve information and underwriting files.[3]   The discovery of reserve information and underwriting files is the subject of the "Appeal" (as defined below).[4]

3.      On November 14, 2023, the Bankruptcy Court held a hearing on the 2004 Application and orally granted the 2004 Application, in part, permitting discovery of reserve information and underwriting files.[5]

4.      On December 15, 2023, Appellants filed a *Motion to Clarify or, in the Alternative, Amend, Alter, or Reconsider the Court's Oral Ruling on the Official*

---

[1] *In re Roman Catholic Bishop of Oakland,* No. 23-40523, ECF No. 1 (filed May 8, 2023).
[2] Bankruptcy Case, ECF No. 502.
[3] *Id.*
[4] Bankruptcy Case, ECF No. 905; *see also* 24-cv-01850-JSC, ECF No. 1.
[5] Bankruptcy Case, ECF No. 616.

STIPULATION TO DISMISS APPEAL                                    CASE NO.: 24-cv-01850-JSC
DM3\10731055.1

*Committee of Unsecured Creditors' Ex Parte Application for Federal Rule of Bankruptcy Procedure 2004 Examination of Insurers* ("Motion to Reconsider").[6]

5.      On January 18, 2024, the Bankruptcy Court entered an *Order Granting the Official Committee of Unsecured Creditors' Ex Parte Application for Federal Rule of Bankruptcy Procedure 2004 Examination of Insurers* ("2004 Order").[7]

6.      On January 22, 2024, Appellants received a *Subpoena for Rule 2004 Examination* issued by the Committee pursuant to the 2004 Order ("Subpoena").

7.      On February 5, 2024, Appellants served their *Responses and Objections to the Subpoena for Rule 2004 Examination* ("Responses and Objections") reserving their objections to several requests pending the hearing on the Motion to Reconsider, any subsequent appeal, motion to quash, and motion for protective order.

8.      On February 7, 2024, the Bankruptcy Court held a hearing on the Motion to Reconsider, stating that it would review the issue of relevancy and take the Motion to Reconsider under submission.[8]

9.      On February 12, 2024, the Bankruptcy Court orally denied the Motion to Reconsider.[9]

10.     On February 14, 2024, the Bankruptcy Court entered an *Order Denying Motion to Clarify or, in the Alternative, Amend, Alter, or Reconsider the Court's Oral Ruling on the Official Committee of Unsecured Creditors' Ex Parte Application for Federal Rule of Bankruptcy Procedure 2004 Examination of Insurers* ("Reconsideration Order").[10]

11.     On February 28, 2024, Appellants filed a *Notice of Appeal* and *Motion for Leave to Appeal* ("Appeal") with the United States District Court, Northern District

---

[6] Bankruptcy Case, ECF No. 697.
[7] Bankruptcy Case, ECF No. 796.
[8] Bankruptcy Case, ECF No. 846.
[9] Bankruptcy Case, ECF No. 855.
[10] Bankruptcy Case, ECF No. 875.

of California.[11]  The issue raised by the Appeal is whether Appellants' loss reserve and insurance underwriting information is discoverable under Bankruptcy Rule 2004, when no party has alleged a bad faith insurance claim.[12]

12.    On March 4, 2024, Appellants filed *Certain Underwriters at Lloyd's, London, Subscribing Severally and Not Jointly to Slips Nos. CU 1001 and K66034 Issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 Issued to the Roman Catholic Bishop of Oakland's Motion for Protective Order* ("Motion for Protective Order") in the Bankruptcy Court.[13]  On the same day, Appellants filed a *Motion To Quash and/or Modify the Subpoena Issued by the Official Committee of Unsecured Creditors Served in Connection with the Chapter 11 Case Filed by the Roman Catholic Bishop of Oakland* ("Motion to Quash") in the United States District Court, District of New Jersey as required by the Federal Rules of Civil Procedure 45 and the Subpoena.[14]  Appellants subsequently transferred the Motion to Quash to the Bankruptcy Court.[15]  The Motion for Protective Order and Motion to Quash sought an order quashing the Subpoena, or in the alternative, for a protective order as to reserve information, underwriting files, and claims files.[16]

13.    On March 20, 2024, the Committee filed a *Motion of Official Committee of Unsecured Creditors to Enforce the Rule 2004 Order and Compel Compliance with Subpoenas* ("Motion to Compel").[17]

---

[11] Bankruptcy Case, ECF Nos. 905, 906; *see also* 24-cv-01850-JSC, ECF No. 1.

[12] Bankruptcy Case, ECF No. 962.

[13] Bankruptcy Case, ECF No. 918.

[14] *See In re The Roman Catholic Bishop of Oakland, 1:24-cv-01467*, ECF Nos. 1-4 (Bankr. D.N.J. March 4, 2024).

[15] *Id.,* ECF No. 9; *see also* Bankruptcy Case, ECF No. 992.

[16] Bankruptcy Case, ECF Nos. 918, 992

[17] Bankruptcy Case, ECF No. 996.

14.     On April 26, 2024, the Bankruptcy Court held a hearing on the Motion for Protective Order, Motion to Quash, and Motion to Compel and took the matters under submission.[18]

15.     On May 9, 2024, the Bankruptcy Court orally granted Appellants' Motion for Protective Order and Motion to Quash as to the reserve information and claim files and denied the Committee's Motion to Compel as to reserve information and claims files.[19]

16.     On June 4, 2024, the Bankruptcy Court entered an *Order Granting LMI's Motion for Protective Order and Motion to Quash and/or Modify the Subpoena Issued by the Official Committee of Unsecured Creditors* ("Protective Order").

## STIPULATION

Based on the foregoing, the Parties hereby stipulate and agree as follows:

1.     The Committee will not appeal the Protective Order, or otherwise seek any review of the Protective Order by any court, *provided however,* that (1) the Committee reserves the right to seek the Court's permission for further discovery of the Underwriters or their affiliates on any topic, including but not limited to the topics contained in the Protective Order; and (2) Underwriters reserve the right to oppose any discovery by the Committee

2.     Appellants will dismiss the Appeal.

3.     Except as stated herein, the parties reserve their rights.

4.     Each party shall bear their own fees and costs on the Appeal.

5.     The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

---

[18] Bankruptcy Case, ECF No. 1094.
[19] Bankruptcy Case, ECF No. 1118.

Dated: August 14, 2024

By:   /s/  *Jeff D. Kahane*

Russell W. Roten
Jeff D. Kahane
Nathan Reinhardt
Betty Luu
DUANE MORRIS, LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, California 90017
Telephone: (213) 689-7400
Fax: (213) 689-7401
RWRoten@duanemorris.com
JKahane@duanemorris.com
NReinhardt@duanemorris.com
BLuu@duanemorris.com

Catalina J. Sugayan
Clinton E. Cameron (*pro hac vice*)
Yongli.Yang (*pro hac vice*)
Clyde & Co US LLP
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone:  (312) 635-7000
Catalina.Sugayan@clydeco.us
Clinton.Cameron@clydeco.us
Yongli.Yang@clydeco.us

**Attorneys** *Certain Underwriters at Lloyd's, London, subscribing severally and not jointly to Slip Nos. CU 1001 and K 66034 issued to the Roman Catholic Archbishop of San Francisco, and Nos. K 78138 and CU 3061 issued to the Roman Catholic Bishop of Oakland*

STIPULATION TO DISMISS APPEAL                    CASE NO.: 24-cv-01850-JSC
DM3\10731055.1

Dated: August 14, 2024

**LOWENSTEIN SANDLER LLP**
**KELLER BENVENUTTI KIM LLP**

By: */s/ Gabrielle L. Albert*
    Jeffrey D. Prol
    Michael A. Kaplan
    Brent Weisenberg
    Colleen M. Restel

   - and –

    Tobias S. Keller
    Jane Kim
    Gabrielle L. Albert

*Counsel for the Official Committee of*
*Unsecured Creditors*

**BURNS BAIR LLP**

    Timothy W. Burns
    Jesse J. Bair

*Special Insurance Counsel for the Official*
*Committee of Unsecured Creditors*

STIPULATION TO DISMISS APPEAL      CASE NO.: 24-cv-01850-JSC
DM3\10731055.1