UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>　　　　Debtor.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING SEVERALLY AND NOT JOINTLY TO SLIP NOS. CU 1001 AND K 66034 ISSUED TO THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, AND NOS. K 78138 AND CU 3061 ISSUED TO THE ROMAN CATHOLIC BISHOP OF OAKLAND,<br><br>　　　　Appellant,<br><br>　　v.<br><br>THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　Appellee. | Case Nos.: 24-cv-00709-JSC<br>　　　　　　24-cv-01850-JSC<br><br>Bankruptcy Case No.: 23-40523 WJL<br><br>[~~PROPOSED~~] **ORDER APPROVING STIPULATION TO DISMISS APPEAL**<br><br>JUDGE: Hon. Jacqueline S. Corley |

　　　The Court having considered the *Stipulation to Dismiss Appeal* ("Stipulation") filed on August 14, 2024; and, pursuant to such stipulation and agreement of the parties, and good cause appearing,

　　　**IT IS HEREBY ORDERED**:

　　　1.　Appellee will not appeal the Protective Order.[1]

　　　2.　Appellants will dismiss the Appeal.

　　　3.　Except as stated herein and the Stipulation, the parties reserve their rights.

　　　4.　Each party shall bear their own fees and costs on the Appeal.

　　　5.　The Court shall retain jurisdiction to hear and determine all matters arising

---

[1] Capitalized terms not defined herein shall have the same meanings given to them in the Stipulation.

1

from or related to the implementation of this Order.

**IT IS SO ORDERED.**

Dated: August 15, 2024

*Jacqueline Scott Corley*
JACQUELINE SCOTT CORLEY
United States District Judge